**93–340.** Nationwide Ins. Co. v. Estate of Kollstedt. *Butler County,* No. CA92–06–101. MOYER, C.J., dissents.

**93–342.** State ex rel. Fisher v. Kelley. *Trumbull County,* No. 91–T–4568.

**93–345.** Batra v. Wright State Univ. *Franklin County,* No. 92AP–707. RESNICK, J., dissents.

**93–351.** Motorists Mut. Ins. Co. v. Rimel. *Stark County,* Nos. CA–8997 and CA–8998. WRIGHT, J., dissents.

**93–352.** State v. Malone. *Hamilton County,* Nos. C–920177, C–920178 and C–920181. RESNICK, J., dissents.

**93–355.** Toth v. Toth. *Tuscarawas County,* No. 92AP040032.

**93–361.** In re Hearing of Paul F. Fulk. *Franklin County,* No. 92AP–814. MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**93–369.** State v. Heatherly. *Butler County,* No. CA92–05–080. A.W. SWEENEY and RESNICK, JJ., dissent.

**93–371.** Weisbrodt v. Stark Plumbing Co. *Hamilton County,* Nos. C–910572, C–910590 and C–910592. RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**93–372.** Kouns v. Pemberton. *Lawrence County,* No. 92–CA–07.

**93–376.** Anderson v. A.C. & S., Inc. *Summit County,* No. 15544. DOUGLAS and F.E. SWEENEY, JJ., dissent.

**93–383.** Citizens Assn. for Responsible Edn. v. Johnstown–Monroe Local Bd. of Edn. *Licking County,* No. 92–CA–39.

**93–386.** Kilbarger Constr., Inc. v. Ullman. *Hocking County,* No. 92–CA–11.

**93–387.** State v. Williams. *Mahoning County,* No. 89 C.A. 104. WRIGHT, J., dissents.

**93–409.** Fitch v. Fitch. *Licking County,* Nos. 92–CA–63 and 92–CA–135.

**93–411.** State v. Bible. *Ottawa County,* No. 92–OT–016.

**93–412.** DiSalvo v. Ohio Bur. of Emp. Serv. *Franklin County,* No. 92AP–1206.

**93–413.** Frost v. Frost. *Franklin County,* No. 92AP–370. WRIGHT, J., dissents.

**93–415.** Mahathiraj v. Columbia Gas of Ohio, Inc. *Franklin County,* No. 92AP–907. MOYER, C.J., and WRIGHT, J., dissent.

**93–426.** DeMatteis v. Am. Community Mut. Ins. Co. *Franklin County,* No. 92AP–1067. WRIGHT, J., dissents.

**93–427.** Case W. Reserve Univ. v. Yellow Freight Sys., Inc. *Cuyahoga County,* No. 63322. WRIGHT, J., dissents.

**93–428.** Vaughan v. Unger. *Allen County,* No. 1–92–71. PFEIFER, J., dissents.

**93–431.** State v. Shoemaker. *Clark County,* No. 2–91–3.

**93–480.** State v. Szefcyk. *Lorain County,* No. 92CA005340.

## REHEARING DOCKET

**90–2524.** State v. Davis. *Butler County,* No. CA89–09–123. Reported at 63 Ohio St.3d 44, 584 N.E.2d 1192. On second motion for rehearing. Rehearing denied.